UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| TODD C. BANK, | |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| - versus - | 12-CV-5572 |
| CARIBBEAN CRUISE LINE, INC., | |
| Defendant. | |

NOV 2 6 2014

JOHN GLEESON, United States District Judge:

On consent of the defendant at the court appearance on Monday, November 24, 2014, it is hereby adjudged as follows:

Defendant Caribbean Cruise Line, Inc. ("CCL") is liable to plaintiff Todd C. Bank in the total sum of $3,000.00, with recoverable costs then accrued up to the date of this Judgment. CCL is hereby enjoined from calling the plaintiff's residential telephone number in a manner that violates 47 U.S.C. § 227(b)(1)(B) and 47 C.F.R. § 64.1200(a)(2).

Dated: November 25, 2014
      Brooklyn, New York

s/John Gleeson
_____
John Gleeson, U.S.D.J.